IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS, LLC, a Delaware limited liability company; and WARNER BROS. RECORDS, INC., a Delaware corporation,**<br><br>　　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**CHELSEY ROSE GASSMAN,**<br><br>　　　　　　**Defendant.** | CASE NO. 4:08CV3209<br><br><br><br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Joint Stipulation of Dismissal without Prejudice. The Court finds that the stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and should be approved. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation of Dismissal without Prejudice (Filing No. 10) is approved;

2. The Complaint (Filing No. 1) and all claims asserted in this matter are dismissed without prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 5th day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge